IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| SCOTT DOMITROFF | : |
| Plaintiff, | : |
| vs. | : CIVIL ACTION 13-0526-WS-C |
| OFFICER CARR, et al., | : |
| Defendants. | : |

## ORDER

After due and proper consideration of all portions of this file deemed relevant to the issue raised, and there having been no objections filed, the Report and Recommendation (Doc. 4) of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) and dated February 18, 2014, is **ADOPTED** as the opinion of this Court.

**DONE** this 20th day of March, 2014.

s/WILLIAM H. STEELE
**CHIEF UNITED STATES DISTRICT JUDGE**