IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| SCOTT DOMITROFF | : |
| Plaintiff, | : |
| vs. | : CIVIL ACTION 13-0526-WS-C |
| OFFICER CARR, et al., | : |
| Defendants. | : |

## JUDGMENT

Accordingly, it is **ORDERED**, **ADJUDGED and DECREED** that Plaintiff Domitroff's Motion to Proceed Without Prepayment of Fees (Doc. 2) is **DENIED,** that this action is **DISMISSED without prejudice** pursuant to 28 U.S.C. § 1915(e)(2)(B)(i), and that action is counted as a strike for purposes of future IFP eligibility under § 1915(g), in that it is malicious.

**DONE** and **ORDERED** this 20th day of March, 2014.

s/WILLIAM H. STEELE
CHIEF UNITED STATES DISTRICT JUDGE